# Third District Court of Appeal

## State of Florida

Opinion filed May 26, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1630
Lower Tribunal No. 16-19168
_____

**Bank of America, N.A.,**
Petitioner,

vs.

**BCML Holding, LLC, et al.,**
Respondents.

A Writ of Certiorari to the Circuit Court for Miami-Dade County, William Thomas, Judge.

Liebler, Gonzalez & Portuondo, and Adam J. Wick, for petitioner.

Jacobs Legal, PLLC, and Bruce Jacobs; Wesoloski Carlson, P.A., and Erik D. Wesoloski, for respondents.

Before HENDON, GORDO and BOKOR, JJ.

HENDON, J.

Upon consideration, we grant Bank of America's Petition for Writ of Certiorari, and quash the trial court's November 3, 2020, order with respect to the specific discovery materials that are the subject of this petition.[1] See Bank of New York Mellon v. Figueroa, 299 So. 3d 430 (Fla. 3d DCA 2019) (quashing a trial court's order allowing discovery of unrelated loans and lawsuits); Rousso v. Hannon, 146 So. 3d 66, 69 (Fla. 3d DCA 2014) ("Discovery is limited to those matters relevant to the litigation as framed by the parties' pleadings.").

Petition for Writ of Certiorari granted, order quashed.

---

[1] Specific Areas of Inquiry 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 13; Duces Tecum Requests 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.